UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

BERNARD ANDREW WHITE,            )
                                 )
            Petitioner,           ) Case No. CV 09-1811-R(AJW)
                                 )
      v.                          )
                                 )
DERRAL G. ADAMS, et al.,          ) JUDGMENT
                                 )
            Respondents.          )
_____)

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed for lack of jurisdiction.

Dated: _May 11, 2009___

_____
Manuel R. Real
United States District Judge